UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY H. ARELLANO,<br><br>        Plaintiff,<br><br>        v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 06-1973 JC<br><br>ORDER RE STIPULATION TO<br>DISMISS WITHOUT PREJUDICE |

On July 14, 2006, the parties filed a Stipulation to Dismiss Without Prejudice ("the Stipulation"), in which the parties stated their agreement that the above-captioned matter should be dismissed without prejudice, with each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

Based upon the Stipulation, and in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that this action is dismissed without prejudice, with each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATED:    July 15, 2006

                                          /S/
                                 JACQUELINE CHOOLJIAN
                                 UNITED STATES MAGISTRATE JUDGE